FEBRUARY 12, 2001

No. 00–1014. MCDONNELL DOUGLAS CORP. *v.* VERDINE. Ct. App. Cal., 2d App. Dist. Certiorari dismissed under this Court's Rule 46.1.

FEBRUARY 20, 2001

No. 99–10280. SALLIS *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).

No. 00–5233. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).

No. 00–6354. GONZALEZ LORA *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).

No. 00–6433. WEATHERSPOON *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).

No. 00–6665. BAYONA *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).